AO 199A (Rev. 04/14) Order Setting Conditions of Release

**FILED**

Page 1 of 2



*10:29 am, 8/1/25*

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>KARL OLAVI ANTTILA<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.  L:25-po-00430-SAH-1

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:

**Clifford P. Hansen Federal Courthouse** ▾

145 East Simpson Street, Jackson, WY  83001        (307)344-2569 | (307)733-4126  ▾

on:      8/26/2025 9:00 am

*Date and Time*

**If blank, defendant will be notified of next appearance.**

(5)  The defendant must sign an Appearance Bond, if ordered.

(6)  The defendant shall not use or possess ANY alcohol or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.  The defendant may not use medical marijuana.

(7)  The defendant shall not frequent places where the primary source of income is derived from the sale of alcohol unless it is for employment purposes.

(8)  Shall submit to a chemical test of blood, breath, urine, or saliva upon reasonable suspicion of any Law Enforcement Officer.

(9)  Shall submit to a search of person, vehicle, residence, workplace, or storage facility upon reasonable suspicion of any Law Enforcement Officer.  Defendant shall notify other residents of these conditions.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;
(2)    the property is not subject to claims, except as described above; and
(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____     _____
                                                                *Defendant's signature*

_____     _____
*Surety/property owner – printed name*              *Surety/property owner – signature and date*

_____     _____
*Surety/property owner – printed name*              *Surety/property owner – signature and date*

_____     _____
*Surety/property owner – printed name*              *Surety/property owner – signature and date*

### CLERK OF COURT

Date:   08/01/2025                              *Jessica Jarvis*
                                                     _____
                                                     Signature of Clerk or Deputy Clerk

Approved.

Date:   July 17, 2025                           *Stephanie Hambrick*
                                                     _____
                                                     *Judge's signature*